No. 921. PACIFIC STEAMSHIP LINES, INC. *v.* CROSBY. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Keith*

R. *Ferguson* for petitioner. *Mr. Sidney M. Ehrman* for respondent.

No. 986. REGAN *v.* KING, REGISTRAR. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. U. S. Webb* and *Hester Webb* for petitioner.